

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00603-CR

Kurt Conrad **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8700
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 9, 2013.

_____
Marialyn Barnard, Justice